IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CVC-01827-GPG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:28 pm, Jul 13, 2020
JEFFREY P. COLWELL, CLERK

HARLIE W. LOESBY,
    an individual Plaintiff

v.

JENNIFER L. FISCHER, ESQ.
LISA C. SECOR, ESQ.
RONNIE FISCHER, ESQ.
FISCHER & FISCHER, ESQ., P.C., a Colorado Corporation
    Defendants,

---

CONFIDENTIAL SEALED NOTICES AND REQUESTS
PLAINTIFF REQUEST FOR CONFIDENTIALITY OF NOTICE OF DISABILITIES AND
REQUESTS FOR RULES MODIFICATION AND ACCOMMODATIONS AND INTERACTIVE PROCESS

---

COMES NOW Plaintiff Harlie W. Loesby to submit his first Request for Modifications of Rules, Practices, and Accommodation by permitting Confidentiality of submissions to this Court regarding his Disabilities and Requests for Accommodations in Civil Action Complaint No. 1:20-CVC-01827-GPG.

1. The **goal** of The Americans with Disabilities Act and USDOJ Regulations is to ensure **Disabled**, at-risk Veterans like Plaintiff will be allowed to **effectively compete** in this litigation v. three **Non-Disabled** Fischers.

2. According to ADA, and Section 504, and USDOJ Rules, Notices of Disabilities and Requests for Modifications and Accommodations, and Consultations are "strictly confidential."

"The Confidentiality of Disability-Related Information is Protected. "Under Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. **Confidentiality is strictly enforced** to protect the privacy of the student and to prevent the student from being discriminated against (Harlie) based on a disability. Disability-related information is treated the same as medical information and is handled under the same strict rules of Confidentiality as other medical information."
https://www.gallaudet.edu/office-for-students-with-disabilities/applying-for-services-from-oswd/confidentiality-and-release-of-information

## REQUEST

Plaintiff Harlie W. Loesby requests the Court Seal his Notices of 100% Disabilities and Requests for Modifications, and Accommodations, and Interactive Process "strictly confidential" and Sealed by the Court.

Respectfully submitted this July 13, 2020,

_____
Harlie Loesby
Plaintiff, pro-se
At-Risk by Age 75
70% Disabled by Defendants
Pro Se by Defendants Termination

Harlie Loesby
19067 East 57th Place
Denver, Colorado 80249
(970) 309-1560
harlie@hwloesby.net

## CERTIFICATE OF FILING AND NO SERVICE

I certify that on July 13, 2020, a true and correct copy of this CONFIDENTIAL SEALED Notice of Disabilities and Request for Modifications, Accommodations and Interactive Process was Filed with the United States District Court in Denver <u>only</u>, for Case No: 1: 20-CV-01827-GPG by U.S. Mail and by Email, but was <u>not</u> served to the Defendants according to ADA and USDOJ implementing Regulations at ADA.Gov.

Andrea Garcia
Operations Supervisor
U.S. District Court
District of Colorado
901 19th Street
Denver, CO 80294

I certify that on this 13th day of July 2020, a true and correct copy of the above Notices and Request for Confidentiality was filed with the Denver Federal District Court via U.S. Mail or Email.

_____
Harlie Loesby
Plaintiff, pro-se
At-Risk by Age 75
70% Disabled by Defendants
Pro Se by Defendants Termination

May 26, 2017

To Whom it May Concern:

I have known Harlie Loesby for several years and am pleased to provide him a reference here. I understand that Harlie is to help people with disabilities. Harlie is a former U.S. Army Captain who served in Vietnam with Distinction, having been awarded a Combat Bronze Star. He is intelligent and responsible. He has never shown abusive or aggressive tendencies. He was the Owner and CEO of a multi-million-dollar international business for 30 years. <u>I believe he would be a good role model in caring for people with Disabilities</u>. He listed with the State of Colorado as a Disabled Victims Advocate. <u>Harlie would be an asset to care for other people</u>.

*Signed*: Sally Christopher –

Sally Services, Inc.
VA, RN,

**Department of Veterans Affairs**

# Memorandum

Date:   09/28/2017

From:   Renee Harris, Field Examiner

Subj:   Request for competency review

To:     Rating Activity

I met with HARLIE LOESBY; C 26066507, on 09/11/2017, to conduct a requisite field examination.

As part of the field examination, I interviewed Mr. LOESBY; to determine if he had the ability to understand his income and expenses and was able to manage his VA benefits independently.

Mr. LOESBY demonstrated to this field examiner that he was knowledgeable of his financial assets and obligations. He was able to identify all income sources and amounts and relate specific information regarding his day-to-day expenditures. It was also noted that he has successfully managed his VA benefit independently since 01/30/2017, the date he began receiving his benefits by Supervised Direct Payment.

HARLIE LOESBY is capable of managing his VA benefit and the information contained in this memorandum should be considered as evidence to support a rating of competency in accordance with M21-1, III.iv.8.A.4.b and d.

If the information supplied is not sufficient to determine competency, please schedule a VA examination for this purpose as soon as possible. Please provide the decision to Salt Lake City Fiduciary Hub.



The Bronze Star Medal was established by Executive Order 9419, 4 February 1944 (superseded by Executive Order 11046, 24 August 1962, as amended by Executive Order 13286, 28 February 2003).[9] The Bronze Star Medal may be awarded by the Secretary of the Army of the United States, after 6 December 1941, distinguishes, or has distinguished himself by heroic or meritorious achievement or service in a combat theater.