IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CVC-01827-GPG

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 16 2020**

JEFFREY P. COLWELL
CLERK

HARLIE W. LOESBY,
     an individual Plaintiff

     v.

JENNIFER L. FISCHER, ESQ.
LISA C. SECOR, ESQ.
RONNIE FISCHER, ESQ.
FISCHER & FISCHER, ESQ., P.C., a Colorado Corporation
     Defendants,

---

## CONFIDENTIAL SEALED NOTICES AND REQUESTS

### PLAINTIFF REQUEST FOR CONFIDENTIALITY OF NOTICE OF DISABILITIES AND REQUESTS FOR RULES MODIFICATION AND ACCOMMODATIONS AND INTERACTIVE PROCESS

---

     COMES NOW Plaintiff Harlie W. Loesby to submit his first Request for Modifications of Rules, Practices, and Accommodation by permitting Confidentiality of submissions to this Court regarding his Disabilities and Requests for Accommodations in Civil Action Complaint No. 1:20-CVC-01827-GPG.

1. The **goal** of The Americans with Disabilities Act and USDOJ Regulations is to ensure **Disabled**, at-risk Veterans like Plaintiff will be allowed to **effectively compete** in this litigation v. three **Non-Disabled** Fischers.

2. According to ADA, and Section 504, and USDOJ Rules, Notices of Disabilities and Requests for Modifications and Accommodations, and Consultations are "strictly confidential. "

"The Confidentiality of Disability-Related Information is Protected. "Under Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. **Confidentiality is strictly enforced** to protect the privacy of the student and to prevent the student from being discriminated against (Harlie) based on a disability. Disability-related information is treated the same as medical information and is handled under the same strict rules of Confidentiality as other medical information." https://www.gallaudet.edu/office-for-students-with-disabilities/applying-for-services-from-oswd/confidentiality-and-release-of-information

## REQUEST

Plaintiff Harlie W. Loesby requests the Court Seal his Notices of 100% Disabilities and Requests for Modifications, and Accommodations, and Interactive Process "strictly confidential" and Sealed by the Court.

Respectfully submitted this July 13, 2020,

Harlie Loesby
Plaintiff, pro-se
At-Risk by Age 75
70% Disabled by Defendants
Pro Se by Defendants Termination

Harlie Loesby
19067 East 57th Place
Denver, Colorado 80249
(970) 309-1560
harlie@hwloesby.net

## CERTIFICATE OF FILING AND NO SERVICE

I certify that on July 13, 2020, a true and correct copy of this CONFIDENTIAL SEALED Notice of Disabilities and Request for Modifications, Accommodations and Interactive Process was Filed with the United States District Court in Denver only, for Case No: 1: 20-CV-01827-GPG  by U.S. Mail and by Email, but was not served to the Defendants according to ADA and USDOJ implementing Regulations at ADA.Gov.

Andrea Garcia
Operations Supervisor
U.S. District Court
District of Colorado
901 19th Street
Denver, CO 80294

I certify that on this 13th  day of July 2020, a true and correct copy of the above Notices and Request for Confidentiality was filed with the Denver Federal District Court via U.S. Mail or Email.

Harlie Loesby
Plaintiff, pro-se
At-Risk by Age 75
70% Disabled by Defendants
Pro Se by Defendants Termination

May 26, 2017


To Whom it May Concern:


I have known Harlie Loesby for several years and am pleased to provide him a reference here. I understand that Harlie is to help people with disabilities. Harlie is a former U.S. Army Captain who served in Vietnam with Distinction, having been awarded a Combat Bronze Star. He is intelligent and responsible. He has never shown abusive or aggressive tendencies. He was the Owner and CEO of a multi-million-dollar international business for 30 years. <u>I believe he would be a good role model in caring for people with Disabilities</u>. He listed with the State of Colorado as a Disabled Victims Advocate. <u>Harlie would be an asset to care for other people</u>.


*Signed*: Sally Christopher –

Sally Services, Inc.
VA, RN,



**Department of
Veterans Affairs**

# Memorandum

**Date:**   09/28/2017

**From:**   Renee Harns  Field Examiner

**Subj:**   Request for competency review

**To:**   Rating Activity

I met with HARLIE LOESBY, C 26066507. on 09/11/2017, to conduct a requisite field examination.

As part of the field examination, I interviewed Mr. LOESBY: to determine if he had the ability to understand his income and expenses and was able to manage his VA benefits independently.

Mr. LOESBY demonstrated to this field examiner that he was knowledgeable of his financial assets and obligations. He was able to identify all income sources and amounts and relate specific information regarding his day-to-day expenditures. It was also noted that he has successfully managed his VA benefit independently since 01/30/2017, the date he began receiving his benefits by Supervised Direct Payment

HARLIE LOESBY  is capable of managing his VA benefit and the information contained in this memorandum should be considered as evidence to support a rating of competency in accordance with M21-1, III.iv.8.A 4.b and d.

If the information supplied is not sufficient to determine competency, please schedule a VA examination for this purpose as soon as possible. Please provide the decision to Salt Lake City Fiduciary Hub.



The Bronze Star Medal was established by Executive Order 9419, 4 February 1944 (superseded by Executive Order 11046, 24 August 1962, as amended by Executive Order 13286, 28 February 2003).[9] The Bronze Star Medal may be awarded by the Secretary of the Army of the United States, after 6 December 1941, distinguishes, or has distinguished himself by heroic or meritorious achievement or service in a combat theater.

. File Number: 26066507
LOESBY, HARLIE W

| Monthly Entitlement Amount | Payment Start Date | Reason |
|---|---|---|
| S3,476.65 | Mar 1, 2020 | Compensation Rating Adjustment, Special Monthly Compensation Adjustment |

We are currently paying you as a single Veteran with no dependents.

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

See **Explanation of Payment** for more details about your payment.

Your payment will be directed to the financial institution and account number that you specified. To confirm when your payment was deposited, please contact your financial institution.

If this account is no longer open,

*please notify us immediately.*

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
|---|---|
| Supplemental Claim | VA Form 20-0995, *Decision Review Request: Supplemental Claim* |

File Number: 26066507
LOESBY, HARLIE W

## Explanation of Payment

We are currently paying you as a single Veteran with no dependents.

Your combined evaluation is 30 percent or more disabling; therefore, you may be eligible for additional benefits based on dependency. We may be able to pay you retroactive benefits for your dependents if you submit your dependency claim within a year from the date of this letter. If you wish to notify us of your dependents, please do so through eBenefits, an electronic resource in a self-service environment. Use of these resources often helps us serve you faster! Just visit www.eBenefits.va.gov to enroll and submit your dependency information. If you would prefer to submit your request to add your dependents to your award in paper, please complete, sign, and return VA Form 21-686c, *Application Request to Add and/or Remove Dependents*. You can locate the appropriate form(s), please the visit the following website: www.va.gov/vaforms.

## Please Take Action: What Things Affect Your Right to Payment?

Please notify VA *immediately* if there is a change in any condition affecting your right to continued payments. If you don't notify us of these changes immediately, you may have to return any overpayments. Those changes include:

| Evidence received shows a change is warranted. |
|---|
| **Military Pay or Worker's Compensation:** Your payments may be affected by the following, which you must bring to our attention:<br>• Reentrance into active military or naval service.<br>• Receipt of armed forces service retirement pay, unless your retirement pay has already been reduced because of award of disability compensation.<br>• Receipt of benefits from the Office of Federal Employees Compensation.<br>• Receipt of active duty or drill pay as a reservist or member of the National Guard. |
| **Dependents:** If you have a disability rating of 30 percent or more, you must advise VA of any change with your spouse or children. |
| **Hospitalization:** If your award includes Aid and Attendance benefits, we may reduce this additional allowance if you are admitted to a hospital, nursing home, or domiciliary care at VA expense. |
| **Incarceration:** Benefits will be reduced if you are incarcerated in a federal, state, or local penal institution for more than 60 days for conviction of a felony. |
| **Lack of Cooperation:** We may stop monthly payments if you:<br>• fail to submit evidence we requested,<br>• fail to attend a VA examination when requested, or<br>• Submit false or fraudulent evidence to VA, or cause false or fraudulent evidence to be submitted to VA. |
| **Fraud/Lying to Government:** The law provides severe penalties, which include fines, |



File Number: 26066507
LOESBY, HARLIE W

and your VA compensation award provides an effective rating date that was prior to your loan closing date, then you may be eligible for a funding fee refund. Please contact either your current mortgage servicer or a VA Regional Loan Center at (877) 827-3702 to begin the refund process.

- Home upgrade due to disability: For more information, please visit www.benefits.va.gov/homeloans/adaptedhousing.asp.

- Car upgrade due to disability: For more information, please call 1-800-827-1000 or visit www.vets.gov/disability-benefits/conditions/special-claims/automobile/.

- Government life insurance premiums: For more information, please call 1-800-669-8477 or visit www.benefits.va.gov/insurance.

## Armed Forces Commissary and Exchange:

- Armed Forces Commissary and Exchange: For more information, please visit www.ebenefits.va.gov to locate your Regional Benefit Office, please visit www.vets.gov/facility-locator/.

## Payment for Travel:

- Payment for Travel: You may be eligible for reimbursement for beneficial travel mileage for previous VA medical appointments because of your newly granted service-connected conditions. You must make a request for such reimbursement **within 30 days of this letter** by contacting the Enrollment office at your Medical Center and providing a copy of this letter.

## State Benefits:

- State Benefits: For more information, please visit www.va.gov/statedva.htm.

## Social Security Administration (SSA) Benefits:

- Social Security Administration (SSA) Benefits: For more information about Social Security benefits, please call SSA at 1-800-772-1213 (Hearing Impaired TTY line 1-800-325-0778) or visit www.ssa.gov.



HARLIE LOESBY
19067 E 57TH PL
DENVER CO 80249

U.S. DIST COURT
DIST OF CO FED PRO SE CLINIC
901 19TH ST
DENVER, CO 80294



$1.40
US POSTAGE
FIRST-CLASS
0625169193345
0100312447